No. 84-1500. CONTICOMMODITY SERVICES, INC. *v.* SCHOR ET AL.; and

No. 84-1519. COMMODITY FUTURES TRADING COMMISSION *v.* SCHOR ET AL. C. A. D. C. Cir. Certiorari granted, judgment

vacated, and cases remanded for further consideration in light of *Thomas* v. *Union Carbide Agricultural Products Co., ante,* p. 568.   Reported below: 239 U. S. App. D. C. 159, 740 F. 2d 1262.